RECEIVED
SEP 1 7 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| GARO ALEXANIAN, individually and in his capacity as Executive Director of the Companion Animal Network, an unincorporated association | CIVIL ACTION NO. 07-806 |
| VERSUS | JUDGE DOHERTY |
| JASON BROWN, ET AL | MAGISTRATE JUDGE METHVIN |

### ORDER

The Court is in receipt of correspondence from counsel for defendants [Doc. 30] wherein counsel advises that because defendants have now filed an Answer to plaintiff's First Amended Complaint, the Motion to Dismiss Pursuant to Federal Rules of Civil Procedure Rule 12(b)(5) [Doc. 11] is now moot and asks that the motion be set aside. Following a review of the motion, the Court agrees with defense counsel. Therefore,

IT IS HEREBY ORDERED the Motion to Dismiss filed by defendant [Doc. 11] is hereby **DENIED AS MOOT**.

THUS DONE AND SIGNED this 17 day of Sept, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE