RECEIVED

JUL 2 9 2009

TONY R MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **GARO ALEXANIAN,** *Individually and in his capacity as executive director of the Companion Animal Network, an unincorporated association* | **CIVIL ACTION NO. 07-00806** |
| VS. | **JUDGE DOHERTY** |
| **JASON BROWN,** *Individually and in his official capacity as a reporter of the Daily Advertiser,*<br>**EDWARD "TED" POWER,** *individually and in his capacity as publisher of the daily advertiser,*<br>**THE DAILY ADVERTISER,**<br>**GANNETT CO., INC.** | **MAGISTRATE JUDGE METHVIN** |

## *JUDGMENT*

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and the objection filed by plaintiff, this Court concludes that the findings and recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein. Therefore,

**IT IS ORDERED** that Defendant's Special Motion to Strike Pursuant to Louisiana C.C.P. art. 971 (rec. doc. 46) is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**, and defendants shall be awarded reasonable attorney fees and costs. Defendants shall submit an affidavit of attorneys' fees and costs to be filed into the record no later than 10

days after entry of this judgment, and plaintiff shall submit any opposition within 10 days thereafter.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 24 day of July, 2009.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE